UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Robert R Jamison

Debtor(s)

Case No. 08 B 01196

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/18/2008.

2) The plan was confirmed on 04/09/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 11/19/2012.

6) Number of months from filing to last payment: 58.

7) Number of months case was pending: 61.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $68,795.56.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $28,250.00 |
| Less amount refunded to debtor | $2,086.99 |

**NET RECEIPTS:** $26,163.01

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,874.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,506.48 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,380.48

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American General Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | 35,598.00 | 29,331.86 | 29,331.86 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 96.33 | 96.33 | 96.33 | 0.00 |
| Bank Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bell West Community Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bell West Community Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BP Oil/Citibank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CashCall Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chrysler Financial Services Americas LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 5,855.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 5,717.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA Student Loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 503.75 | 1,655.00 | 1,655.00 | 1,572.45 | 0.00 |
| Commonwealth Edison | Unsecured | 1,456.51 | NA | NA | 0.00 | 0.00 |
| Consumer Portfolio Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection | Unsecured | 4,870.38 | NA | NA | 0.00 | 0.00 |
| Credit One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Credit Solutions Corporation | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| DeVry Institute of Technology | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 2,405.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GC Services | Unsecured | 3,856.00 | NA | NA | 0.00 | 0.00 |
| Goodyear | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 16,000.00 | 11,849.24 | 11,849.24 | 11,849.24 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Transportation | Unsecured | 6,025.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 563.00 | 721.04 | 721.04 | 721.04 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 8,011.00 | 6,936.48 | 6,936.48 | 972.48 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 180.71 | 188.71 | 188.71 | 188.71 | 0.00 |
| Merrick Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | NA | 719.08 | 719.08 | 719.08 | 0.00 |
| Midwest Emergency | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 482.00 | 626.61 | 626.61 | 626.61 | 0.00 |
| Plaza Associates | Unsecured | 361.12 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 436.00 | 436.59 | 436.59 | 436.59 | 0.00 |
| Professional Account Management | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 1,250.00 | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Sherwin Williams Emp CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 336.14 | NA | NA | 0.00 | 0.00 |
| Turner Acceptance Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USA Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,849.24 | $11,849.24 | $0.00 |
| **TOTAL PRIORITY:** | **$11,849.24** | **$11,849.24** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,311.70** | **$9,933.29** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,380.48 |
| Disbursements to Creditors | $21,782.53 |
| **TOTAL DISBURSEMENTS** : | **$26,163.01** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/15/2013         By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.